MARY FITZGERALD, Appellant, v. NEW YORK TRAP ROCK CORP., Respondent.— Action to recover damages for personal injuries suffered by plaintiff when she fell into a hatch on a scow owned by defendant. Judgment in favor of defendant, entered after a trial before the court without a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

LILLIAN FEINSTEIN et al., Appellants, v. BROOKLYN EDISON COMPANY, INC., Respondent. (Action No. 1.) MORRIS FEINSTEIN, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent. (Action No. 2.) — In action No. 1, plaintiffs Lillian and Anna Feinstein sue to recover damages for an assault alleged to have been committed upon them by one of defendant's employees; and plaintiff Morris Feinstein sues to recover for expenses and loss of services. In action No. 2, plaintiff sues to recover damages for loss sustained by him when the defendant cut off its service to his place of business and · residence. Judgment dismissing plaintiffs' complaints unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 270 App. Div. 765.]

MORRIS FEINSTEIN et al., Appellants, v. ARTHUR A. KAYE et al., Individually and as Copartners Doing Business under the Name of MONROE, BYRNE & KAYE, et al., Respondents.— Action to recover damages for alleged slander. Order granting defendants' motion for summary judgment dismissing the complaint under rule 113 of the Rules of Civil Practice and the judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [185 Misc. 185.] [See 270 App. Div. 765.]

ERNEST T. GRABUSCH, Respondent, v. ELIZABETH JURGENS, Appellant.— In a partition action, judgment granting an extra allowance to the plaintiff and denying an extra allowance to the defendant, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

MAX HALPER, Appellant, v. HOMESTEAD BUILDING & LOAN ASSOCIATION, Respondent.— Action to impress a constructive trust upon certain real property in Middletown, N. Y., purchased by the defendant under circumstances claimed by plaintiff to constitute a breach of a fiduciary relationship. Judgment dismissing the complaint unanimously affirmed, with costs. The trial court did not credit plaintiff's testimony to its full extent. The premise upon which the appellant argues is broader than that warranted by the findings of the trial court. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.